# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

140291-2

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ABONMARCHE CONSULTANTS, INC.,
        Plaintiff-Appellant,
v

MACATAWA BANK MORTGAGE CO.,
        Defendant-Appellee,
and

NEWAYGO RIVERBANK, LLC, VISBEEN
ASSOCIATES, INC., and DAN VOS
CONSTRUCTION CO., INC.
        Defendants.
_____

SC: 140291
COA: 285281
Newaygo CC: 07-019232-CH

DAN VOS CONSTRUCTION CO.,
        Plaintiff-Appellee,
v

MACATAWA BANK MORTGAGE CO.,
        Defendant-Appellee,
and

NEWAYGO RIVERBANK, LLC, and
VISBEEN ASSOCIATES, INC.,
        Defendants,
and

ABONMARCHE CONSULTANTS, INC.,
        Defendant-Appellant.
_____/

SC: 140292
COA: 285283
Newaygo CC: 07-019233-CH

On order of the Court, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

Clerk

y0419